**FILED**

JUL 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: United States District Court, And Its Clerk....

re, in re: Pelican Bay State Prison B-Facility Library Technical Assistant J. Evert Denying Plaintiff Gasper Drake, C-41950. Legal Photo Copying....

.... Matter ....

Due to litigating the violation[s] committed by employee[s] of Pelican Bay State Prison. B-Facility Library Technical Assistant J. Evert has refused to provide me with legal photo copying. Thus, I need either a Court order, or a statement from the Office of The Clerk stating:
" All legal material pertaining exclusively to Civil Right[s] Act, 42 U.S.C. § 1983 Complaint. Court Case Number ~~C07-3844~~. PJH is hereby authorized by this Court, or Office of the Clerk to be copied for purpose[s] of petitioning the Court, the Office

#1.   of the Clerk, and the Defendant[s] listed

in complaint."

Request submitted sincerely!

        Plaintiff *Gasper Drake*
        Gasper Drake, C-41950.
            7/6/2008.

#2.

Casper Drake, C-41750.
Pelican Bay State Prison
Post Office Box 7500
L7 # 105.
Crescent City, California. 95531-7500

Legal Mail

Office Of The Clerk
U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francico, California. 94102



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.42⁰
JUL 07 2008
PITNEY BOWES
UNITED STATES POSTAGE

94102$3432 C004

PELICAN BAY
G.P. UNIT B-7

J. R. LARGENT 7-6-08

PBSP
INDIGENT ENVELOPES