UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GASPER V. DRAKE,

    Plaintiff,

vs.

Correctional Officer J. BERG,
Correctional Officer S. LAMPHRE,
Correctional Lieutenant S. REPPOND,
Warden R. HOREL, and Associate
Warden COOK,

    Defendants.

No. C 07-3844 PJH (PR)

**ORDER EXTENDING TIME**

Plaintiff's request for an extension of time to amend (document number 7 on the docket) is **GRANTED**. The deadline for him to amend is **EXTENDED** to November 24, 2008.

**IT IS SO ORDERED.**

Dated: October 23, 2008.

          PHYLLIS J. HAMILTON
          United States District Judge

G:\PRO-SE\PJH\CR.07\DRAKE3844.EXT-P.wpd